450 A.2d 1072

Vitril, Appellant v. Chadderton etc.

Argued April 15, 1980.   Richard J. Audino, for appellant;   David Goodwin, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

The order of June 26, 1979 refusing appellant's Motion To Remove A Compulsory Non-Suit is affirmed.

450 A.2d 1072

Wagner et al., Appellants v. Fairman et al.

Argued September 28, 1981.   Blair F. Green, for appellant;   William J. Martin, for Fairman, appellees;   Philip C. Ursu, for Trunzo, appellees.

Before CAVANAUGH, MONTERMURO and VAN der VOORT, JJ.

Affirmed.